UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR 23-00491-FLA | Date | May 1, 2025 |
|---|---|---|---|

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
|---|---|
| Interpreter | n/a |

| Kelly Davis | Amy Diaz | Clifford Mpare / Daniel Weiner |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1 – Jonathan Lipman | X | X | | Mark McBride | X | | X |
| | | | | Daniel Perlman | X | | X |

**PROCEEDINGS:** Government's Motion in Limine to Admit Evidence of Defendant's Relationship and Contact with Other Public Officials [57]

Government's Motion in Limine to Exclude Evidence Relating to Any Alleged Abuse Suffered by Defendant During His Childhood and Jury Nullification Arguments [58]

Government's Motion in Limine to Preclude Evidence, Argument, and Questioning Related to Defendant's Punishment, Conditions of Incarceration, and Other Irrelevant and Prejudicial Topics [92]

Pretrial Conference (Held and Completed)

The matter is called for hearing. For the reasons stated on the record, the court rules as follows:

- Motion in Limine to Admit Evidence of Defendant's Relationship and Contact with Other Public Officials Filed by Plaintiff [57] is **GRANTED.**

- Motion in Limine to Exclude Evidence Relating to Any Alleged Abuse Suffered by Defendant During His Childhood and Jury Nullification Arguments [58] is **DENIED** to the extent such evidence is relevant to defendant's lack of intent to commit the charged offense.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

- Motion in Limine to Preclude Evidence, Argument, and Questioning Related to Defendant's Punishment, Conditions of Incarceration, and Other Irrelevant and Prejudicial Topics [92] is **GRANTED.**

The court confers with counsel re: jury instructions, verdict form, witness list, and AV equipment training.   The government is ordered to file forthwith a redline version of the parties' joint proposed jury instructions, Dkt. 163.   The court denies defendant's proposed jury instruction, Dkt. 164.   The government is ordered to provide the court and defendant with a list of the complete names of all prospective government witnesses forthwith.   Defendant is ordered to comply with Fed. R. Crim. P. 16 and produce to the government a summary re expert witnesses no later than May 7, 2025.   The court orders the parties to file any proposed voir dire questions by 9:00 a.m. on May 5, 2025.

|  |  |
|---|---|
| 2 | 32 |

Initials of Deputy Clerk   kd