FILED
CLERK, U.S. DISTRICT COURT

05/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TF___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br>JONATHAN LIPMAN,<br>      Defendant. | Case No. 2:23-cr-00491-FLA<br><br>**VERDICT FORM** |

We, the Jury, unanimously find the defendant JONATHAN LIPMAN (check one):

    __X__ GUILTY

    _____ NOT GUILTY

of the offense charged in the Indictment, namely stalking of K.R.

DATED __May 15th, 2025__ in Los Angeles, California